Dane County DHS v.
S. J.†                    2017AP001578
                         through
                         2017AP001580          10–19–2017      Affirmed

† Petition to review filed.